OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



U.S. POSTAGE 》 PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 18 2015

**11/18/2015**

JIMENEZ, CHANCEY DAVID  Tr. Ct. No. 2012CR8746W-W1    WR-84,041-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

CHANCEY DAVID JIMENEZ
MOORE UNIT - TDC # 1819347
~~BONHAM TX 754~~

8500 W. FM 3003
Overton Tx 75684

'U TF